# RANDY J. SCHAAL
Attorney at Law

Telephone (315) 363-6888  
Fax: (315) 363-8724

100 W. Seneca Street, P.O. Box 10  
Sherrill, New York 13461-0010

September 1, 2009

United States Bankruptcy Court Clerk  
10 Broad Street  
Room 230  
Utica, NY 13502

**FILED**  
SEP 0 2 2009  
OFFICE OF THE BANKRUPTCY CLERK  
UTICA, NY

Re: Achille R. & Roseanne M. Falange  
    Bankruptcy Case No. 01-65522

Dear Sirs:

Enclosed please find Check No. 198 made payable to the United States Bankruptcy Court f/b/o American Business Leasing, Inc. The original check was stopped as it was not cashed within the 90 days. The original check was sent to American Business Leasing, Inc., Attn: Kerry L. Kane, 111 Presidential Blvd., Suite 159, Bala Cynwyd, PA 19004.

Sincerely,

Randy J. Schaal  
Bankruptcy Trustee

RJS/kg  
Enc.

**RECEIVED**  
SEP 0 2 2009  
OFFICE OF THE BANKRUPTCY CLERK  
UTICA, NY

# 609 00611